# Court of Appeals
# of the State of Georgia

ATLANTA,  February 05, 2018

*The Court of Appeals hereby passes the following order:*

**A18A0719. PAT P. CAUDELL v. HANK YORK et al.**

Pat P. Caudell commenced dispossessory proceedings against Hank and Melissa York in magistrate court. After the Yorks counterclaimed, the trial court transferred the matter to superior court. Following a bench trial, the trial court denied Caudell's petition, and the Yorks voluntarily dismissed their counterclaims. Caudell filed a motion for new trial, which the trial court denied on August 4, 2017. On September 5, 2017, Caudell filed a notice of appeal. We, however, lack jurisdiction.

Generally, a notice of appeal must be filed within 30 days of entry of the decision or judgment sought to be appealed. OCGA § 5-6-38 (a). The underlying subject matter of an appeal, however, controls over the relief sought in determining the proper appellate procedure. *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). The underlying subject matter here is a dispossessory judgment. Under OCGA § 44-7-56, an appeal from a dispossessory judgment must be filed within seven days of the date the judgment was entered. *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). Because Caudell failed to follow the

requirement of OCGA § 44-7-56 that an appeal in a dispossessory proceeding be filed within seven days of the entry of judgment, this appeal is DISMISSED.

The Yorks' motion for sanctions for the filing of a frivolous appeal is DENIED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,__02/05/2018_____*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*



_____, *Clerk.*